No. 78–1543.  SPERLING *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 78–1563.  HENDERSON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 78–1565.  ASPURU ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–1572.  HERRING *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–1574.  LINARES ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 78–1594.  COHEN *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–5968.  SPEECH *v.* UNITED STATES;
No. 78–6149.  WILSON *v.* UNITED STATES; and
No. 78–6161.  JONES *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 78–5992.  FORD *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 78–6050.  HAUCK *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 78–6101.  ROGERS *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 78–6129.  CLENNY *v.* TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 78–6137.  CANNON *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–6176.  ROBINSON *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.